DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JEROME HEAVEN, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-1788

_____

March 4, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the County Court for
Manatee County; Jacqueline B. Steele, Judge.


PER CURIAM.

      Affirmed.

NORTHCUTT, BLACK, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.